# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

John Jaurwel
                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:23−cv−00443
　　　　　　　　　　　　　　　　　　　　Honorable Jeffrey T. Gilbert

DIJ Corp
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 9/10/25. Plaintiff orally moved to modify his Amended Motion for Default Judgment [84] with respect to the start date for the calculation of damages for the reasons set forth in the Court's order of 9/8/25 [88]. Plaintiff's Amended Motion for Default Judgment [84] is granted as amended for the reasons discussed on the record. Entry of judgment to follow in a separate order. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.