## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

JOHN JAURWEL,
Plaintiff

v.

DIJ CORP., an Illinois corporation,
Defendant.

Defendant.

Case No. 23-cv-443
Judge Jeffrey T. Gilbert

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

[x]  in favor of plaintiff(s) and against defendant(s) in the amount of $258,958.68

  which  [ ] includes  pre–judgment interest.
  [x] does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

[ ]  in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

[ ] other:

This action was *(check one)*:

[ ] tried by a jury with Judge    presiding, and the jury has rendered a verdict.
[ ] tried by Judge  without a jury and the above decision was reached.
[x] decided by Judge Jeffrey T. Gilbert on Plaintiff's Amended Motion for Default Judgment.

Date: 9/16/2025

Thomas G. Bruton, Clerk of Court
Brenda Rinozzi, Deputy Clerk